**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| SINCO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. CHICORY INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now pending before the court is defendant's MOTION FOR ATTORNEY'S FEES AND COSTS (#49). Defendant was awarded costs and fees at the time the court granted defendant's motion to compel discovery (*see* #48). The supporting affidavit (#50) shows that defense counsel expended 2.30 hours in preparing the motion to compel. I find that counsel spent a reasonable amount of time preparing the motion to compel. I further find that the $100.00 hourly rate reflects a reasonable charge for professional legal services in this court by lawyers regularly employed to perform like services.

**IT IS ORDERED** that defendant's MOTION FOR ATTORNEY'S FEES AND COSTS (#49) is granted in the amount of $230.00, said amount to be paid or offset at the time of final judgment.

**DATED July 18, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett
United States Magistrate Judge**