IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SINCO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03CV315 |
| v. ) | |
| ) | ORDER |
| U.S. CHICORY INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on defendant's MOTION FOR STAY OF EXECUTION, MOTION TO SET BOND, AND MOTION TO APPROVE BOND/SECURITY OTHER THAN SUPERSEDEAS BOND (#128), filed in conjunction with defendant's Notice of Appeal (#129).  Having carefully considered the motion and plaintiff's response (#136), I find that the defendant should be required to either

- fully comply with Fed. R. Civ. P. 62(d) by posting a supersedeas bond in an amount not less than $495,438; or

- supply an irrevocable letter of credit, in substantially the form proposed by the plaintiff, in an amount not less than $495,438 as bond and security for payment of the judgment.

**IT IS ORDERED** that defendant's Motion (#128) is conditionally granted, as follows:

(1)  Defendant shall either

- fully comply with Fed. R. Civ. P. 62(d) by posting a supersedeas bond in an amount not less than $495,438.00, *or*

- supply an irrevocable letter of credit, in substantially the form proposed by the plaintiff, in an amount not less than $495,438 as bond and security for payment of the judgment,

on or before the close of business on **Tuesday, November 22, 2005**.

(2)  The stay shall become effective when defendant timely complies with paragraph (1), above.

**DATED November 18, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**