# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SINCO, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| **U.S. CHICORY INC.,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' stipulated RELEASE AND DISCHARGE OF SUPERSEDEAS BOND (#147).  The parties have also filed a Satisfaction of Judgment (#146) and notice that plaintiff's appeal has been settled (#145).

**IT IS ORDERED** that the stipulation (#147) is hereby granted and approved.

**DATED December 28, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**